## FUERST BROS. & CO. v. UNITED STATES.

(Circuit Court, S. D. New York. November 28, 1908.)

### No. 4,168.

CUSTOMS DUTIES (§ 30*)—CLASSIFICATION—"COCOA-BUTTERINE"—"COCOANUT OIL."

> Cocoanut oil that has been subjected to a process of manufacture, has a melting point of about 78.8 degrees Fahrenheit, and is sold to confectioners, is not cocoanut oil, within the meaning of Tariff Act July 24, 1897, c. 11, § 2, Free List, par. 626, 30 Stat. 199 (U. S. Comp. St. 1901, p. 1685), but is dutiable as "cocoa-butterine," under section 1, Schedule G, par. 282, 30 Stat. 172 (U. S. Comp. St. 1901, p. 1652).
>
> [Ed. Note.—For other cases, see Customs Duties, Dec. Dig. § 30.*
> For other definitions, see Words and Phrases, vol. 8, p. 7605.]

On Application for Review of a Decision by the Board of United States General Appraisers.

The decision below affirmed the assessment of duty by the collector of customs at the port of New York.

Comstock & Washburn (J. Stuart Tompkins, of counsel), for importers.

D. Frank Lloyd, Asst. U. S. Atty.

MARTIN, District Judge (orally). The merchandise in controversy was assessed for duty by the collector at 3½ cents per pound, under the provision for "cocoa-butterine" in Tariff Act July 24, 1897, c. 11, § 1, Schedule G, par. 282, 30 Stat. 172 (U. S. Comp. St. 1901, p. 1652). The importers' protest claims free entry as cocoanut oil, under paragraph 626 of the act (July 24, 1897, c. 11, § 2, Free List, 30 Stat. 199 [U. S. Comp. St. 1901, p. 1685]). There are also alternative claims for assessment of the product as an expressed or rendered oil, under paragraph 3, or as a nonenumerated manufactured article, under section 6 of the act.

From an examination of this record, I find that the importer, Albert F. Fuerst, testified before the Board of Appraisers that his firm sells the article in question—

"to dealers in this country and also to confectioners' houses, confectioners' supply. Q. As a matter of fact, its proper use is not for soap making? A. It can be used. Q. It can be used, but they don't buy it to use in soap making? A. Well, it is nothing but cocoanut oil refined, the same as they import."

He testifies further:

"I also desire to state that we buy this material as refined cocoanut oil, and we sell it to the trade as refined cocoanut oil. Furthermore, we buy from the same manufacturer who manufactures this cocoanut oil a material which we import into this country and sell to the trade as cocoa-butter substitute,

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

on which we pay a duty of 3½ cents a pound. The same manufacturer who manufactures this refined cocoanut oil manufactures for us a material which we sell as cocoa-butter substitute, but this material here we only sell as refined cocoanut oil."

When asked the difference between a cocoanut oil, refined, and cocoa-butter substitute, the witness answered:

"I could not tell you exactly what the difference is, but we know that the material which we buy from the same manufacturer and sell as cocoa-butter substitute is something entirely different to this. I know that. I don't know what the other product consists of. We have asked the manufacturer, both verbally and in writing, what the raw material is that he used for making the cocoa-butter substitute, and he has declined to tell us, as he says it is a secret."

The same importer, testifying again in this court, states that he has had this product analyzed, and that the difference between refined cocoanut oil (as represented by Exhibit 4) and cocoa-butter substitute (as represented by Exhibit 5) is that Exhibit 4 has a melting point of from 76° to 78° F., and Exhibit 5 of 90° to 93°F.; that the cocoanut oil is used for soap making in combination with other materials, and may be used for culinary purposes or by chocolate makers; and that Exhibit 4 is not used as a substitute for cocoa-butter, unless in combination with something else. He does not dispute the government chemist's report, except that he claims the article would melt at 76°, instead of 78.8° F. He does not state the manner of its preparation. He sheds no further light as to the process of manufacture. He does not materially change his statement of the purposes for which it is designed to be used.

The board held there was no sufficient evidence "for a finding that the article is not suitable for use as a cocoa-butter substitute, and therefore dutiable under paragraph 282." The evidence taken in this court does not materially change the facts as they appeared before the board. I am satisfied, from an examination of all the evidence, that the article in question is not simple cocoanut oil, but that cocoanut oil has been subjected to a process of manufacture.

The decision of the Board of General Appraisers is affirmed.